# UNITED STATES DISTRICT COURT
for the
### Eastern District of Kentucky
### Ashland Division

| | |
|---|---|
| Anna Kegley )<br>    *Plaintiff* )<br> )<br>v. )<br> )<br>Equifax Information Services, LLC )<br>    *Defendant* )<br>Serve: )<br>    Corporation Service Company )<br>    421 West Main Street )<br>    Frankfort, KY 40601 )<br> ) | Case No. |

## COMPLAINT and DEMAND FOR JURY TRIAL

### Introduction

1. This is a complaint for damages for Defendant Equifax Information Services, LLC's ("Equifax") violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1681p. Venue is proper, because many of the relevant events affected and/or damaged a consumer living within Boyd County, Ky., which is located within this District.

### PARTIES

3. Plaintiff Anna Kegley is a natural person who resides in Boyd County, Ky. Ms. Kegley is a "consumer" within the meaning of the FCRA, as defined at 15 U.S.C. § 1681a(c).

4. Defendant Equifax Information Services, LLC is a foreign limited liability company, with its principal place of business located at 1550 Peachtree Street NW, Atlanta, GA 30309. Equifax has registered to do business with Kentucky Secretary of State. Equifax is a "consumer reporting agency" within the meaning of the FCRA.

## STATEMENT OF FACTS

5. On November 28, 2011, Asset Acceptance, LLC ("AAL"), a third-party debt buyer, sued Ms. Kegley in the Boyd District Court of Boyd County, Kentucky under case number 11-C-00954 in an attempt to collect a debt from her (the "State Court Lawsuit").

6. On January 31, 2013, AAL obtained a default judgment against Ms. Kegley in the State Court Lawsuit (the "Judgment").

7. Ms. Kegley paid and fully satisfied the amount of the Judgment in full, and on April 4, 2014, AAL filed a Notice of Satisfaction of Judgment in the State Court Lawsuit with the Boyd County Circuit court clerk declaring the Judgment satisfied (the "Satisfaction").

8. The Satisfaction is a public record easily available to any and all who care to view and review it.

9. On February 20, 2017, Ms. Kegley reviewed her consumer credit report from Equifax through the Credit Karma website and discovered that Equifax was not reporting the State Court Lawsuit was satisfied and instead showed that the judgment against her in case number 11-C-00954, the case number of the State Court Lawsuit, was still outstanding in the public record section of her Equifax consumer credit report.

10. The false reporting of the outstanding judgment against her on her consumer credit reports from Equifax in the public record section of her reports has negatively affected Ms. Kegley's creditworthiness, credit score, and ability to obtain credit.

11. Ms. Kegley was denied credit and financing, had to pay more for credit, and lost opportunities to reduce the cost of credit because of inaccurate credit information published by Equifax in connection with the AAL Judgment. In particular, Equifax incorrectly published to one or more of its subscribers and users of its consumer reports that the AAL Judgment was outstanding against her in the public record section of her consumer credit reports.

12. Equifax's false reporting of the AAL Judgment was inaccurate and in violation of the FCRA, 15 U.S.C. § 1681e(b) in that each failed to follow reasonable procedures to assure maximum possible accuracy in the preparation of Ms. Kegley's credit reports and credit files each publishes and maintains concerning Ms. Kegley.

13. Equifax knew or should have known that the AAL Judgment had been vacated *before* publishing Ms. Kegley's credit report to their subscribers and users of their consumer reports in connection with Ms. Kegley's loan and credit applications and they therefore failed to maintain the reasonable procedures necessary to avoid violations of the FCRA in connection with publishing credit information concerning Ms. Kegley and the AAL Judgment.

## CLAIMS

**Claims against Equifax Information Services, LLC**

14. Plaintiff Anna Kegley restates each of the allegations in the preceding paragraphs as if fully set forth herein.

15. Equifax violated 15 U.S.C. § 1681e(b) by failing to establish and/or to follow reasonable procedures to assure maximum possible accuracy in the preparation of consumer reports it published to its subscribers and users of its consumer reports concerning Ms. Kegley and the AAL Judgment.

16. Equifax's conduct, actions and inactions were willful, rendering Equifax liable under 15 U.S.C. § 1681n for actual, statutory, and punitive damages, along with attorney's fees and costs. Equifax was on clear notice that the failure to update public records with respect to judgments was problematic for Equifax. Other lawsuits raising the same issue has been filed against Equifax in this and other jurisdictions for the same failure.

17. In the alternative, Equifax's conduct, actions and inactions were negligent rendering Equifax liable under 15 U.S.C. § 1681o for actual damages, along with attorney's fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Anna Kegley requests that the Court grant her the following relief:

1. Award maximum statutory money damages against Defendant under 15 U.S.C. §1681n;

2. Award Plaintiff her Attorney's fees, litigation expenses and costs;

3. Award Plaintiff her actual damages against Defendant under 15 U.S.C. §1692n or, in the alternative, under 15 U.S.C. § 1681o;

4 Award Plaintiff punitive damages against Defendant under 15 U.S.C. § 1681n;

5. A trial by jury; and

6. Any other relief to which Plaintiff may be entitled.

       Respectfully submitted,

       /s/ James R. McKenzie
       **James R. McKenzie**
       *James R. McKenzie Attorney, PLLC*
       115 S. Sherrin Avenue, Suite 4
       Louisville, KY 40207
       Tel:   (502) 371-2179
       Fax:   (502) 257-7309
       jmckenzie@jmckenzielaw.com

       James H. Lawson
       *Lawson at Law, PLLC*
       115 S. Sherrin Avenue, Suite 4
       Louisville, KY 40207
       Tel:   (502) 473-6525
       Fax:   (502) 473-6561
       james@kyconsumerlaw.com