# UNITED STATES DISTRICT COURT

for the
## Eastern District of Kentucky
## Ashland Division

| | | |
|---|---|---|
| Anna Kegley<br>      *Plaintiff* | ) ) ) | |
| v. | ) ) | Case No.   0:17-cv-00036-HRW |
| Equifax Information Services, LLC<br>      *Defendant* | ) ) ) ) | |

## ORDER DISMISSING WITH PREJUDICE AS TO
## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Anna Kegley and Defendant Equifax Information Services, LLC, having jointly

stipulated that this case be dismissed with prejudice as to all claims against Equifax Information

Services, LLC as evidenced by the signatures of counsel for the parties, and the court being

sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Anna Kegley's claims against Defendant

Equifax Information Services, LLC in this action are **DISMISSED WITH PREJUDICE**, with

each party to bear its own costs, expenses, and fees.



Dated: 1-2-18



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge

APPROVED BY:

/s/ James H. Lawson _____
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Anna Kegley*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Anna Kegley*

/s/ John M. Williams (by permission)
**John M. Williams**
*Rajkovich, Williams, Kilpatrick & True, PLLC*
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
Tel:    (859) 245-1059
Tel:    (859) 245-1231
williams@rwktlaw.com
*Counsel for Defendant*
*Equifax Information Services, LLC*